**Terry K. PLEASANT, Plaintiff— Appellant,**

v.

**G. GALAZA; et al., Defendants— Appellees.**

No. 02–15478.

D.C. No. CV–00–07177–AWI.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 13, 2003.*

Decided Jan. 15, 2003.

Before BEEZER, KLEINFELD, and PAEZ, Circuit Judges.

### MEMORANDUM**

Terry K. Pleasant, a California state prisoner, appeals pro se the district court's judgment dismissing his 42 U.S.C. § 1983 action alleging prison conditions violated his federal and state constitutional rights.

---

We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Zimmerman v. City of Oakland,* 255 F.3d 734, 737 (9th Cir.2001), and we affirm.

The district court properly dismissed the action without prejudice because Pleasant failed to exhaust his administrative remedies prior to filing suit. *See Booth v. Churner,* 532 U.S. 731, 741, 121 S.Ct. 1819, 149 L.Ed.2d 958 (2001); *McKinney v. Carey,* 311 F.3d 1198, 1199 (9th Cir.2002) (per curiam).

The district court properly denied his motion for reconsideration because Pleasant did not present adequate grounds for relief. *See Sch. Dist. No. 1J, Multnomah County v. ACandS, Inc.,* 5 F.3d 1255, 1262–64 (1993).

We express no opinion on the merits of Pleasant's claims should he choose to re-file.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument, and denies Johnson's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.